No. 1499. **Wardlaw** v. **Erskine.** November Term, 1883. This was a motion to re-instate on the docket an appeal which had been dismissed by the clerk under rules I. and II. Notice of intention to appeal having been duly given, the court held that they had the power to relieve the appellants from the consequences of other omissions in the perfecting of their appeal. *Code*, § 349. And being satisfied that there had been no culpable negligence or intent to delay on the part of the appellants, and, especially, as no delay would be caused by granting the relief asked, the court granted the motion. OPINION PER CURIAM, January 31st, 1884.

No. 1503. **Pratt** v. **McGhee.** November Term, 1883. This case brought up the question, whether this court, at a former hearing (*Pratt* v. *McGhee*, 17 *S. C.* 428), decided the rights of the parties in regard to the personalty. Judge Witherspoon held that it did, and, on appeal, his decree was affirmed, this court holding that their former judgment not only decided that the devise lapsed, but considered and determined the question of the lapse of the personal bequest to John Robert Ellis adversely to his children; that the question so determined was properly before the court, and the defendants are concluded by that decision. *Warren* v. *Raymond*, 17 *S. C.* 189. OPINION by MR. JUSTICE KERSHAW, (sitting in the stead of McGowan, A. J.,) February, 19th, 1884. *Noble & Noble*, for appellants. *W. H. Parker*, contra.